# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA JACKSON, On Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WGL HOLDINGS, INC., MICHAEL D. BARNES, GEORGE P. CLANCY, JR., JAMES W. DYKE, JR., LINDA GOODEN, JAMES F. LAFOND, DEBRA L. LEE, TERRY D. MCCALLISTER, and DALE ROSENTHAL, <br><br> Defendants. | Case No. 1:17-cv-00530-RCL |

### STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION WITH PREJUDICE AND PLAINTIFFS' COUNSEL'S FEES AND EXPENSES

WHEREAS, on January 25, 2017, WGL Holdings, Inc. ("WGL" or the "Company") and AltaGas Ltd. ("AltaGas") announced that they had entered into an Agreement and Plan of Merger pursuant to which AltaGas would acquire all of the outstanding shares of WGL in exchange for $88.25 in cash per share of WGL common stock (the "Proposed Transaction");

WHEREAS, on March 10, 2017, WGL filed with the Securities and Exchange Commission ("SEC") its preliminary proxy statement ("Preliminary Proxy") in support of the Proposed Transaction;

WHEREAS, on March 23, 2017, plaintiff Lisa Jackson filed a purported class action lawsuit in the United State District Court for the District of Columbia against defendants WGL Holdings, Inc., Michael D. Barnes, George P. Clancy, Jr., James W. Dyke, Jr., Linda Gooden, James F. LaFond, Debra L. Lee, Terry D. McCallister, and Dale Rosenthal ("*Jackson*

Defendants"), on behalf of herself and other public stockholders of WGL, challenging the adequacy of the disclosures made in the Preliminary Proxy, captioned: *Jackson v. WGL Holdings, Inc., et al.*, Case No. 17-cv-530-RCL (the "*Jackson* Action");

WHEREAS, on March 28, 2017, another putative class action was filed in this Court by plaintiff Paul Parshall (with Plaintiff Jackson, the "Plaintiffs") captioned: *Parshall v. WGL Holdings, Inc., et al.*, No. 1:17-cv-00560 (the "*Parshall* Action," and with the *Jackson* Action, the "Actions"). Plaintiff Parshall is represented by the same counsel as Plaintiff Jackson (in addition to other counsel), and also alleged that the *Jackson* Defendants in addition to AltaGas and Wrangler, Inc. (with the *Jackson* Defendants, the "Defendants") violated the Securities Exchange Act of 1934;

WHEREAS, on March 31, 2017, WGL filed with the SEC a Schedule 14A Definitive Proxy Statement (the "Proxy"), setting a vote of WGL shareholders regarding the Proposed Transaction for May 10, 2017;

WHEREAS, on April 14, 2017, Plaintiff Jackson filed a Motion for Preliminary Injunction seeking to enjoin the Proposed Transaction unless Defendants cured the alleged disclosure violations;

WHEREAS, counsel for the parties engaged in arm's-length negotiations to attempt to resolve the claims raised in the Actions;

WHEREAS, Defendants have at all times maintained that the claims alleged in the Actions are without merit;

WHEREAS, on May 1, 2017, the parties reached an agreement whereby the Company would cause a Form 8-K to be filed with the SEC with additional disclosures that amended and

supplemented the Company's Preliminary Proxy (the "Supplemental Disclosures"), and that, among other things, mooted the claims asserted in the Actions;

WHEREAS, Defendants filed a Form 8-K containing the Supplemental Disclosures with the SEC on May 1, 2017;

WHEREAS, on May 2, 2017, Plaintiff Jackson filed a Notice withdrawing her Motion for Preliminary Injunction;

WHEREAS, on May 10, 2017, the stockholders of WGL voted to approve the Proposed Transaction;

WHEREAS, on May 11, 2017, Plaintiff Parshall filed a Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) dismissing Plaintiff Parshall's claims with prejudice;

WHEREAS, on May 11, 2017, Plaintiff Jackson filed a Stipulation of Dismissal, joined by Defendants, dismissing Plaintiff Jackson's claims with prejudice, reserving the Court's jurisdiction for a potential application for attorney's fees and expenses (the "Fee and Expense Application");

WHEREAS, on May 9, 2017, the Proposed Transaction was consummated;

WHEREAS, on June 7, 2017, the Court entered an Order (the "Dismissal Order") that, among other things, dismissed with prejudice all of Plaintiff Jackson's claims;

WHEREAS, subsequent to the entry of the Dismissal Order, the parties negotiated at arms'-length to resolve the Fee and Expense Application;

WHEREAS, on or around August 9, 2017, the parties reached agreement to resolve the Fee and Expense Application without the need of further litigation for a payment of a total of $240,000 for Plaintiffs' counsel in full satisfaction of any of the parties' claims for fees and costs, to be paid within seven (7) days of entry of this [Proposed] Order Concerning Plaintiff's Voluntary Dismissal of the Action with Prejudice and Plaintiffs' Counsel's Fee and Expense Application (the

"[Proposed] Order");

WHEREAS, no class has been certified in the Actions;

NOW, THEREFORE, in consideration of the foregoing and the covenants and agreements set forth below, as well as other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. *Recitals*.  The foregoing Recitals are expressly incorporated as part of the [Proposed] Order and the parties confirm and represent to one another that said Recitals are true and correct to the best of their knowledge, information, and belief.

2. *Payment*.  No later than ten (10) business days after entry of this [Proposed] Order, and in consideration of all the provisions of this [Proposed] Order, the Company shall pay, or have paid on its behalf and on behalf of all Defendants in the Actions, the sum total of $240,000.00 (the "Payment").  The Payment shall be paid by wire transfer to an account to be designated by Plaintiffs' counsel in full satisfaction of any claims for fees or costs by any of Plaintiffs' counsel in the Actions.

3. *Releases*.  Except as to rights or claims created by this [Proposed] Order, Plaintiffs and Plaintiff's counsel, for themselves and for any and all of their successors, predecessors, affiliates, parents, members, principals, assigns, employees, agents, representatives, officers, directors, managers, attorneys, sureties, and/or insurers, hereby forever release and discharge Defendants and their respective successors, predecessors, affiliates, parents, members, principals, assigns, employees, agents, representatives, officers, directors, managers, attorneys, sureties, and/or insurers from any and all present, past, or future claims, demands, causes of action, lawsuits, debts, accounts, dues, reckonings, bonds, bills, covenants, contracts, controversies, agreements, promises, variances, trespasses, extends, executions, sums

of money, damages, costs, expenses .(including attorneys' fees and costs), judgments, assertion of liability, or other obligation of any type or nature whatsoever, whether at law or in equity, known or unknown, asserted or not asserted, foreseen or unforeseen, direct or derivative, vested or contingent, under the laws of any jurisdiction (including, but not limited to, federal and state statutes and constitutions, and common law under the law of the United States or any other place whose law might apply), arising at any time, relating to, arising from, or in any way connected to, relating to, concerning or touching on any claims for fees or costs that could have been made as a result of the Actions.

4. *No Admission.* It is understood and agreed by the parties that this [Proposed] Order is entered into in compromise and should not be construed as an admission of any kind by any of the Plaintiffs or Defendants in the Actions with respect to any allegation, fact, liability, or fault. This Agreement shall not be offered or received· into evidence in any action or proceeding (except an action to enforce this [Proposed] Order).

5. *Case Closed.* The *Jackson* Action is closed for all purposes.

**IN WITNESS WHEREOF,** the parties duly executed this [Proposed] Order as of the date first written above.

**Levi & Korsinsky, LLP**
By:  *s/ Donald J. Enright*
Donald J. Enright (#MD013551)
Elizabeth K. Tripodi (#979154)
1101 30th Street NW
Suite 115
Washington, D.C. 20007
Telephone:    (202) 524-4290
Facsimile:    (202) 333-2121

*Counsel for Plaintiffs Jackson and Parshall*

**Kirkland & Ellis LLP**
By:  *s/ James P. Gillespie*
James P. Gillespie (#)
655 Fifteenth Street NW
Washington, DC, 20005
(202) 879-5190
james.gillespie@kirkland.com

*Attorneys for Defendants WGL Holdings, Inc., Michael D. Barnes, George P. Clancy, Jr., James W. Dyke, Jr., Linda Gooden, James F. Lafond, Debra L. Lee, Terry D. Mccallister, and Dale Rosenthal*

SO ORDERED this _____ day of _____, 2017

_____

Honorable Royce C. Lamberth
United States District Court Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

                                         */s/ Donald J. Enright*
                                         Donald J. Enright